UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,<br>　　　　　　Defendant. | Civil Action No.: 24-cv-00344 (ER)<br><br>**<u>ORDER</u>** |

Upon Plaintiff's Motion for an Order granting Plaintiff leave to proceed under a pseudonym, and upon review of the Memorandum of Law in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Proceed Under a Pseudonym be **GRANTED pending further briefing**.

DATED:  January 17, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.

{1645158.1 }