UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,<br>　　　　　　Defendant. | Civil Action No.: 1:24-cv-00344-ER<br><br>NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u> |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Doe, by and through undersigned counsel, hereby dismisses Defendant Icahn School of Medicine at Mount Sinai from the above-captioned action without prejudice.  Defendant Icahn School of Medicine at Mount Sinai has not filed an answer or motion for summary judgment.

Dated: New York, New York
　　　　May 10, 2024

　　　　　　　　　　　　　　　　　　　　　　WARSHAW BURSTEIN, LLP
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Kimberly C. Lau
　　　　　　　　　　　　　　　　　　　　　　James E. Figliozzi
　　　　　　　　　　　　　　　　　　　　　　Branden P. Lynn
　　　　　　　　　　　　　　　　　　　　　575 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　(212) 984-7700
　　　　　　　　　　　　　　　　　　　　　klau@wbny.com
　　　　　　　　　　　　　　　　　　　　　jfigliozzi@wbny.com
　　　　　　　　　　　　　　　　　　　　　blynn@wbny.com